WESTCOTT v. OTIS ELEVATOR CO. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Emma Westcott, as administratrix, against the Otis Elevator Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

WESTON et al. v. WATTS. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Walter Weston and others against James R. Watts. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1118.

WHEELER, Respondent, v. TOWN OF BARKER, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Sheldon S. Wheeler against the Town of Barker.

PER CURIAM. Judgment and order affirmed, with costs.

LYON, J., not voting.

WHEELER, Appellant, v. UNIVERSAL MOTOR TRUCK CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by George W. Wheeler against the Universal Motor Truck Company and others. G. Lange, Jr., of New York City, for appellant. C. D. Francis, of New York City, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to serve amended complaint on payment of costs. Order filed.

LAUGHLIN, J., dissents.

WIENER v. ROSS. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Moses A. Wiener against Louis Ross. No opinion. Application granted. Order signed.

WILKINSON, Respondent, v. NIAGARA FALLS GAS & ELECTRIC CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Lillian Wilkinson, as administratrix, etc., against the Niagara Falls Gas & Electric Company, impleaded with another.

PER CURIAM. Order modified, by limiting the examination to the facts respecting the death of plaintiff's intestate and the surrounding circumstances, and of the rules and method of doing the work and conducting the defendant's station, and of all the matters particularly set forth in the 7th paragraph of plaintiff's affidavit, and, as so modified, the order is affirmed, without costs of this appeal to either party.

WILLIAMSBURG IRON & WIRE WORKS, Inc., v. KUHN et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by the Williamsburg Iron & Wire Works, Incorporated, against John F. Kuhn and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

WILLIAMSON, Respondent, v. C. P. FORD & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Georgia Williamson against the C. P. Ford & Company. No opinion. Judgment and order affirmed, with costs.

WILLMARTH, Appellant, v. FIRST BAPTIST CHURCH OF SIDNEY, N. Y., Respondent. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by I. J. Willmarth against the First Baptist Church of Sidney, N. Y. No opinion. Judgment unanimously affirmed, with costs.

WILLSON & ADAMS CO. v. MACK PAVING & CONST. CO. et al. (Supreme Court, Appellate Division, Second Department. February 26, 1915.) Action by the Willson & Adams Company against the Mack Paving & Construction Company and another.

PER CURIAM. Judgment affirmed, with costs, on the authority of Willson & Adams Co. v. Mack Paving & C. Co., 147 App. Div. 141, 132 N. Y. Supp. 297. See, also, 78 Misc. Rep. 441, 138 N. Y. Supp. 407.

BURR, J., not voting.

In re WILSON (two cases). (Supreme Court, Appellate Division, Second Department. January 15, 1915.) In the matter of the application of Robert H. Wilson, an attorney. In the matter of the charges against Robert H. Wilson, an attorney. No opinion. Order of reference made to Hon. George C. Holt, in place of Hon. John Clinton Gray, resigned. See, also, 150 N. Y. Supp. 1118.

WILSON, Appellant, v. AGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) Action by Homer E. Wilson against C. Leonard J. Ager and another. No opinion. Judgment affirmed, with costs.

In re WILSON'S ESTATE. (Supreme Court, Appellate Division, First Department. January 22, 1915.) In the matter of the application for the discharge of the committee of the estate of Emma J. Wilson, an alleged incompetent person, in which Clara Miller, as committee, etc., appeals.

PER CURIAM. The petitioner's brother or sister do not wish to take charge of her, and the hospital deems itself discharged. The sister alone seems to have any interest to participate in the proceeding. The condition is not entirely satisfactory, but, as the court below presumably acted with necessary discretion, this order is affirmed, without costs. If the petitioner becomes homeless and incompetent, proceedings can be taken for her protection.